IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LOUIS JAMES ROCCO,  :
    Plaintiff  :
      :
v.  : CIVIL NO. 1:12-CV-829
      :
TABB BICKEL, *et al.*,  :
    Defendants  :

*O R D E R*

AND NOW, this 5th day of August, 2013, upon consideration of the Report and Recommendation ("R&R") of Magistrate Judge Carlson (Doc. 47), to which no objections have been filed, and upon independent review of the record, the court finds no error in the R&R and concludes that the R&R should be adopted. Accordingly, it is ORDERED that:

    1.    The R&R (Doc. 47) is ADOPTED.

    2.    Pursuant to the magistrate judge's recommendation, this case is DISMISSED. The Clerk of Court is directed to close this case.

                                            /s/ William W. Caldwell
                                            William W. Caldwell
                                            United States District Judge